IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| OUTDOOR LIVING, INC. | ) | HON A BENJAMIN GOLDGAR |
| | ) | |
| DEBTOR. | ) | CASE NO. 09-18542 |

**FINAL**

**<u>ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363(C)(2) AND BANKRUPTCY RULE 4001(b) AS TO NORTHSIDE COMMUNITY BANK</u>**

This matter coming to be heard on the Motion of the Debtor OUTDOOR LIVING, INC's Motion for Use of Cash Collateral, pursuant to Section 363(c)(2) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) due proof of service to all parties entitled to notice the court being advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

a) The Debtor is authorized to use cash collateral upon the terms and conditions contained in this order;

b) Northside Community Bank is hereby granted replacement liens in the debtor's assets and specifically the debtor's accounts and receivables;

c) The liens and security interest granted herein to Northside Community Bank shall have the same validity, perfection, and enforceability as the pre petition liens held by Northside Community Bank without any further action by the Debtor or Northside Community Bank and without executing or recording any financing statements, security agreements or other documents;

d) The Debtor shall maintain adequate property insurance on its assets listing Northside Community Bank as a lienholder;

e)  Beginning August 1, 2009 and the 1st of each month thereafter until further order of Court, the Debtor shall make adequate protection payments to Northside Community Bank in the amount of $2,000.00;

f)  Subject to the terms and conditions contained in this Order, the Debtor may use cash and cash collateral to the extent set forth on its budget, a copy of which is attached hereto.

Date: __26 AUG 2009__ Enter: _____
                            United States Bankruptcy Judge

Paul M. Bach
BACH LAW OFFICES
1955 Shermer Road Suite 150
Northbrook, IL 60062
847-564-0808

(f) The debtor shall send copies of all bank statements to [counsel for] Northside Community Bank upon receipt.

(g) Northside Community Bank shall have the right to inspect the debtor's books and records on the debtor's premises upon 48 hours notice [to debtor's counsel], inspection to occur during normal business hours.

# OUTDOOR LIVING, INC.
## 2009 -2010   OPERATING PLAN & BUDGET

| SUMMARY | 2009 |  |  |  |  |  | 2010 |  |  |  |  |  | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | JULY | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |  |
| **GROSS INCOME** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| CONTRACT PROJECT WORK | $125,000 | $110,000 | $105,000 | $85,000 | $75,000 | $0 | $0 | $0 | $0 | $90,000 | $110,000 | $130,000 | $830,000 |
| PLOW RENTAL | $0 | $0 | $0 | $0 | $0 | $13,000 | $13,000 | $13,000 | $13,000 | $0 | $0 | $0 | $52,000 |
| TOTAL GROSS INCOME | $125,000 | $110,000 | $105,000 | $85,000 | $75,000 | $13,000 | $13,000 | $13,000 | $13,000 | $90,000 | $110,000 | $130,000 | $882,000 |
| **COST OF GOODS & SERVICES** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| LABOR | $45,000 | $39,600 | $37,800 | $30,600 | $27,000 | $0 | $0 | $0 | $0 | $32,400 | $39,600 | $46,800 | $298,800 |
| MATERIALS | $30,000 | $26,400 | $25,200 | $20,400 | $18,000 | $0 | $0 | $0 | $0 | $21,600 | $26,400 | $31,200 | $199,200 |
| TOTAL COG/S | $75,000 | $66,000 | $63,000 | $51,000 | $45,000 | $0 | $0 | $0 | $0 | $54,000 | $66,000 | $78,000 | $498,000 |
| TOTAL OVERHEAD EXPENSES | $46,953 | $41,153 | $39,232 | $33,150 | $30,109 | $8,618 | $8,618 | $8,618 | $6,618 | $32,671 | $38,703 | $44,990 | $339,433 |
| PROJECTED NET PROFIT | $3,048 | $2,847 | $2,768 | $850 | ($109) | $4,382 | $4,382 | $4,382 | $6,382 | $3,329 | $5,297 | $7,010 | $44,567 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | 5.05% |

This document is the property of Outdoor Living, Inc. and is copyrighted. All rights are reserved.

Page 1

# OVERHEAD EXPENSE BREAKDOWN

## 2009 - 2010 OPERATING PLAN & BUDGET

| DETAIL | JULY | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FINANCIAL EXPENSES** | | | | | | | | | | | | | |
| Accounting Fees | $2,188 | $1,925 | $1,838 | $1,488 | $1,313 | $228 | $228 | $228 | $228 | $1,575 | $1,925 | $2,275 | $15,435 |
| Legal Fees | $1,250 | $1,100 | $1,050 | $850 | $750 | $130 | $130 | $130 | $130 | $900 | $1,100 | $1,300 | $8,820 |
| DIP / Trustee Fees | $1,000 | $880 | $840 | $680 | $600 | $104 | $104 | $104 | $104 | $720 | $880 | $1,040 | $7,056 |
| **GENERAL EXPENSES** | | | | | | | | | | | | | |
| Bonds & Licenses | | | | | | | | | | | | | $830 |
| Liability Insurance | $125 | $110 | $105 | $85 | $75 | $117 | $117 | $117 | $117 | $90 | $110 | $130 | $7,938 |
| Vehicle Insurance | $1,125 | $990 | $945 | $765 | $675 | | | | | $810 | $990 | $1,170 | $15,000 |
| Workers Compensation | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $8,820 |
| Trades Shows/Website/Advertising | $625 | $1,100 | $1,050 | $850 | $750 | $130 | $130 | $130 | $130 | $900 | $1,100 | $1,300 | $4,410 |
| **OFFICE PAYROLL** | $625 | $550 | $525 | $425 | $375 | $65 | $65 | $65 | $65 | $450 | $550 | $650 | |
| General Manager | $1,563 | $1,375 | $1,313 | $1,063 | $938 | | | | | $1,125 | $1,375 | $1,625 | $10,375 |
| Production Manager | $3,125 | $2,750 | $2,625 | $2,125 | $1,875 | | | | | $2,250 | $2,750 | $3,250 | $20,750 |
| Accountant | $3,125 | $2,750 | $2,625 | $2,125 | $1,875 | | | | | $2,250 | $2,750 | $3,250 | $20,750 |
| Office Assistant | $2,188 | $1,925 | $1,838 | $1,488 | $1,313 | | | | | $1,575 | $1,925 | $2,275 | $14,525 |
| Sales Commission | $3,750 | $3,300 | $3,150 | $2,550 | $2,250 | | | | | $2,700 | $3,300 | $3,900 | $24,900 |
| Taxes-Overhead Payroll | | | | | | | | | | | | | |
| FICA | $620 | $256 | $244 | $198 | $174 | $0 | $0 | $0 | $0 | $209 | $256 | $302 | $2,259 |
| FUCA | $80 | $33 | $32 | $26 | $23 | $0 | $0 | $0 | $0 | $27 | $33 | $39 | |
| IL-JC | $520 | $215 | $205 | $166 | $146 | $0 | $0 | $0 | $0 | $176 | $215 | $254 | $1,895 |
| Medicare | $145 | $60 | $57 | $46 | $41 | $0 | $0 | $0 | $0 | $49 | $60 | $71 | $528 |
| **OFFICE/YARD/WAREHOUSE** | | | | | | | | | | | | | |
| Office & Warehouse | $6,250 | $5,500 | $5,250 | $4,250 | $3,750 | $650 | $650 | $650 | $650 | $4,500 | $5,500 | $6,500 | $44,100 |
| Office & Warehouse - Taxes & CAM | $938 | $825 | $788 | $638 | $563 | $98 | $98 | $98 | $98 | $675 | $825 | $975 | $6,615 |
| Office & Warehouse Maintenance | | $165 | $158 | $128 | $113 | $20 | $20 | $20 | $20 | $135 | $165 | | $941 |
| Telephone & Utilities | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $19,200 |
| Shop & Yard Waste Disposal | $250 | $250 | $250 | $250 | $250 | | | | | $250 | $250 | $250 | $2,000 |
| Office Supplies & Postage | $50 | $100 | $200 | $200 | $200 | | | | | $200 | $150 | $50 | $1,150 |
| **TOOLS & MACHINERY** | | | | | | | | | | | | | |
| Repairs & Replacement | $1,250 | $1,100 | $1,050 | $850 | $750 | | | | | $900 | $1,100 | $1,300 | $8,300 |
| **VEHICLES & EQUIPMENT** | | | | | | | | | | | | | |
| Vehicles Repairs & Maintenance | $2,188 | $1,925 | $1,838 | $1,488 | $1,313 | $228 | $228 | $228 | $228 | $1,575 | $1,925 | $2,275 | $15,435 |
| Licenses & Registration | $1,250 | $500 | | $170 | $150 | | | | | $180 | $220 | $500 | $2,250 |
| Tolls | $250 | $220 | $210 | | | | | | | | | $260 | $1,660 |
| **FUEL COSTS** | $5,000 | $4,400 | $4,200 | $3,400 | $3,000 | | | | | $3,600 | $4,400 | $5,200 | $33,200 |
| Vehicle & Equipment Payments | | | | | | | | | | | | | |
| CATERPILLAR | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $16,000 |
| NORTHSIDE BANK | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | | | | $24,000 |
| **TOTAL EXPENSES** | $46,953 | $41,153 | $39,232 | $33,150 | $30,109 | $8,618 | $8,618 | $8,618 | $6,618 | $32,671 | $38,703 | $44,990 | $339,433 |

This document is the property of Outdoor Living, Inc. and is copyrighted. All rights are reserved.

